**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2000**

JERRY A. HURST,

        Plaintiff - Appellant,

      v.

GUY HARBERT, in their individual and official capacities;
MAXWELL WIEGARD, in their individual and official capacities;
MARTY HARBIN, in their individual and official capacities;
COLIN SHALK, in their individual and official capacities;
NICHOLAS SKILES, in their individual and official capacities;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-10,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, Chief
District Judge. (5:15-cv-00033-GEC)

Submitted: January 14, 2016      Decided: January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry A. Hurst, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst seeks to appeal the district court's orders denying relief on his complaint in which he sought to raise claims under 42 U.S.C. § 1983 (2012), the Driver's Privacy Protection Act, 28 U.S.C. §§ 2722, 2724 (2012), and various state laws, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurst v. Harbert, No. 5:15-cv-00033-GEC (W.D. Va. June 3, 2015 & Aug. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED